FILED
07 SEP 19 AM 11:30
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: \_\_\_\_ DEPUTY

07 MJ 2262

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Docket No. |
| Plaintiff, ) | |
| ) | COMPLAINT FOR VIOLATION OF: |
| v. ) | |
| ) | Title 8, U.S.C., Section 1326 |
| Rodrigo CHAVEZ-Salazar, ) | Deported Alien Found in the |
| ) | United States |
| Defendant ) | |

The undersigned complainant, being duly sworn, states:

On or about **September 18, 2007** within the Southern District of California, defendant, **Rodrigo CHAVEZ-Salazar,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **19th** DAY OF **September, 2007**

_____
Jan M. Adler
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
**Rodrigo CHAVEZ-Salazar**

## PROBABLE CAUSE STATEMENT

On September 18, 2007, Border Patrol Agent L. Miller was assigned to the Imperial Beach Border Patrol Station area of operations. At approximately 6:00 A.M., Sector Communications notified Agent Miller via radio of a seismic intrusion device activation in the area known as "East Smuggler's Canyon". This area is approximately 3 miles west of the San Ysidro Port of Entry and approximately two hundred yards north of the United States/Mexico international border. This area is commonly used by illegal immigrants to further their entry into the United States due to its close proximity to the United States/Mexico International Border. Agent Miller responded to a location north of East Smuggler's Canyon that is a common path used by illegal aliens after they enter Smuggler's Canyon. Shortly after Agent Miller arrived he observed two individuals walking north. As Agent Miller approached the individuals they immediately ran southbound up a steep hill. Agent Miller encountered two individuals including one later identified as the defendant **Rodrigo CHAVEZ-Salazar**, hiding in brush. Agent Miller immediately identified himself as a United States Border Patrol Agent and conducted an immigration inspection. The defendant freely admitted to being a citizen and national of Mexico without any documents that would allow him to legally enter or remain in the United States. Agent Miller arrested the defendant and had him transported to the Imperial Beach Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **August 17, 2007** through **San Ysidro, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.