FILED

3 0

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07cr-2935-H |
|---|---|---|
| Plaintiff, | ) | I N F O R M A T I O N |
| v. | ) | Title 8, U.S.C., Sec. 1325 -  Illegal Entry (Felony); |
| RODRIGO CHAVEZ-SALAZAR, | ) | Title 8, U.S.C., Sec. 1325 -  Illegal Entry (Felony) |
| Defendant. | ) | |

The United States Attorney charges:

Count 1

On or about August 17, 2007, within the Southern District of California, defendant RODRIGO CHAVEZ-SALAZAR, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; and previously committed the misdemeanor offense of illegal entry, as evidenced by his conviction on June 28, 2005 for Illegal Entry, in violation of Title 8, United States Code, Section 1325, in the United States District Court for the District of Arizona; all in violation of Title 8, United States Code, Section 1325, a felony.

RSK:psd:San Diego
10/29/07

1          <u>Count 2</u>

2          On or about September 18, 2007, within the Southern District

3     of California, defendant RODRIGO CHAVEZ-SALAZAR, being an alien,

4     unlawfully entered or attempted to enter the United States at a

5     time and place other than as designated by immigration officers,

6     and eluded examination and inspection by immigration officers, and

7     attempted to enter or obtained entry to the United States by a

8     willfully false or misleading representation or the willful

9     concealment of a material fact; and previously committed the

10    misdemeanor offense of illegal entry, as evidenced by his

11    conviction on June 28, 2005 for Illegal Entry, in violation of

12    Title 8, United States Code, Section 1325, in the United States

13    District Court for the District of Arizona; all in violation of

14    Title 8, United States Code, Section 1325, a felony.

15        DATED: _____10/30/07_____.

16                                    KAREN P. HEWITT
                                      United States Attorney
17

18
                                  fw/ REBECCA S. KANTER
19                                    Assistant U.S. Attorney

20

21

22

23

24

25

26

27

28